### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS
### (TOPEKA Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CONNIE MARIE KENT<br><br>　　　　Defendant. | Case No. *19-40008-HLT |

# I N F O R M A T I O N

The United States Attorney charges that:

## COUNT 1

Between 2009 and 2017, in the District of Kansas and elsewhere, the defendant,

**CONNIE MARIE KENT,**

being an officer and employee of 1st Kansas Credit Union, formerly the Post Office Credit Union, did systematically embezzle, abstract and purloin more than $10,000, but less than $30,000 in money, funds and credits of this credit union, which were under the care custody, and control of the credit union, whose deposits are insured by the National

Credit Union Administration Board. All the foregoing is in violation of

Title 18, United States Code, Section 657.

                                      STEPHEN R. MCALLISTER
                                      United States Attorney
                                      District of Kansas by,

                                      s/RICHARD L. HATHAWAY
                                      Assistant United States Attorney